IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. BETHEA, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | NO. 10-5044 |
| | : | |
| v. | : | |
| | : | |
| LEVY, et al. | : | |
| | : | |
| Respondents | | |

**ORDER**

AND NOW, this 14th day of March 2011, upon consideration of the Petition for the Writ of Habeas Corpus (Doc. No. 4), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 10), and after an independent review of the pertinent record, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Wells is APPROVED and ADOPTED.

2. The Petition for the Writ of Habeas Corpus (Doc. No. 4) filed pursuant to 28 U.S.C. § 2241 is TRANSFERRED to the United States District Court for the District of South Carolina.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.